**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-2051**

———————

EAGLEBANK,

                    Plaintiff - Appellee,

          v.

JONATHAN S. KORMAN,

                    Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Paul W. Grimm, District Judge.  (8:12-
cv-03449-PWG)

———————

Submitted:  March 31, 2014          Decided:  April 4, 2014

———————

Before GREGORY and FLOYD, Circuit Judges, and DAVIS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Thomas F. DeCaro, Jr., LAW OFFICE OF DECARO & HOWELL, Upper
Marlboro, Maryland, for Appellant.  James M. Hoffman, Gregory P.
Johnson, Bryn H. Sherman, OFFIT KURMAN, P.A., Bethesda,
Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan S. Korman appeals from the district court's order upholding the bankruptcy court's determination that his debt to Eaglebank was not dischargeable in his bankruptcy case, and denying him a discharge. We have reviewed the record and briefs filed by the parties, and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Korman v. Eaglebank, No. 8:12-cv-03449-PWG (D. Md. July 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED